NELSON MULLINS RILEY & SCARBOROUGH LLP
LISA M. GIBSON (SBN 194841)
AMY M. TOBOCO (SBN 149508)
lisa.gibson@nelsonmullins.com
amy.toboco@nelsonmullins.com
19191 South Vermont Avenue, Suite 900
Torrance, CA 90502
Telephone: (424) 221-7400
Facsimile: (424) 221-7499

Attorneys for Defendant
MCLAREN AUTOMOTIVE, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JORGE GALINDO ESPITIA,<br><br>Plaintiff,<br><br>v.<br><br>MCLAREN AUTOMOTIVE, INC., a Delaware Corporation and DOES 1 to 10, inclusive<br><br>Defendants. | Case No. 2:24-cv-01295 MWC (SKx)<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>Assigned to Honorable Michelle Williams Court<br><br>Complaint Filed: January 16, 2024<br>Removed from state court on February 16, 2024 |

**TO THE COURT, THE PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff Jorge Galindo Espitia and Defendant McLaren Automotive, Inc. (collectively, "the Parties") have reached a settlement in this matter.

The Parties respectfully request the Court vacate the trial date, the final pretrial conference, the hearing on the Motion for Summary Judgment filed by MAI scheduled for December 2, 2024, and all related deadlines and set a Settlement

Disposition Conference in sixty (60) days to allow the Parties to effectuate the terms of the settlement. The Parties anticipate filing a Joint Motion for Dismissal with Prejudice within sixty (60) days.

Dated: November 14, 2024

NELSON MULLINS RILEY & SCARBOROUGH LLP

By: */s/ Lisa M. Gibson*
Lisa M. Gibson
Amy M. Toboco
Attorneys for Defendant
MCLAREN AUTOMOTIVE, INC.

Dated: November 14, 2024

REZVANI LAW FIRM, APC

By: */s/ Mathew Rezvani*
Mathew Rezvani
Attorneys for Plaintiff
JORGE GALINDO ESPITIA

# **SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i-), I hereby certify that all signatories have reviewed this document and concur in its content, and that all signatories authorize the filing of this document.

/s/ *Lisa M. Gibson*
Lisa M. Gibson

# CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and I served a copy of the foregoing pleading on all counsel for all parties, via the CM/ECF system and/or mailing same by United States Mail, properly addressed, and first class postage prepaid, to all counsel of record in this matter.

/s/ *Lisa M. Gibson*
Lisa M. Gibson